Tijue Adolphus McGhee #1156331
M.C.F. /5-West-02
300 Bradford Street
Redwood City, CA. 94063

3-30-2023

FILED
APR 5 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Mr. Busby,

4:23-cv-1521 HSG

Good Day To You!

I need to inform you of the actions taking place here at Maguire Correctional Facility by the San Mateo County Sheriff Deputies interfering and infringing upon Constitutional rights established due to me exercising my Constitutional rights in seeking the government to redress grievances against (MALUM PROHIBITUM) wrong because it is prohibited.

On 3-23-2023 I sent a United States District Court Prisoner's Application And Declaration To Proceed IN FORMA PAUPERIS. On Wednesday 3-29-2023 Jason Engle, Cashier Sheriff Deputy Around About 3:30 to 3:45pm, showed up without my requested (6) six month Trust Activity Statement which

Page 1 of 2.

is required by the Court. Instead, he asks me for my Case No? He said: "I Need It To Complete My Trust Account Statement". This is not the correct course of action to be taken by this cashier personnel. I am enclosing a form for certified approval, that should be placed with the complaint and exhibits. Also, I am enclosing the 1st document as an Exhibit, for my initial step in the grievance procedure here to show I am being retaliated against for filing a lawsuit against my caretaker who has constitutionally Injured Me with a policy that they practice here in San Mateo County Jail, in the county of San Mateo.

Respectfully

Please know that I have the second yellow copy for the first time they lost my document which I furnished them another one to rectify the negligence so I could meet my deadline in the court.

[signature]
3-30-2023

I declare under penalty of perjury that the foregoing Is True.

# San Mateo County Jail Facilities
## Inmate Grievance Form

**Routing: Staff Only**
- [x] Administration
- [ ] Classification
- [ ] Medical
- [ ] Food Service
- [ ] Other

**Received: Staff Only**
- Date: 2-23-23
- Time: 1724
- Facility: MCF
- Deputy: T. Trujillo

**To:** (Shift Sergeant)
**Date:** 2-23-2023

**From:** (Inmate's Name) Tijuan McGhee
**Id#** 1156331
**Cell** 5-W-02

**Grievance** (Please be specific: time, date, etc.)

On the date of 2-12-2023 I sent a federal document in a plain white envelope addressed to the Trust Account Cashier by the name of (Jason Engle). I have yet to receive the document back with the six month trust account summary statement that was requested by me so I can file my documents in the federal court. I was told today that they never received anything, by deputy Trujillo who told me the information relayed to her by the Trust Account Personal. This document is a INFORMA PAUPERIS Pertaining to Federal Court Matters.

**Inmate's Signature:** [signed]

Note: Upon signing this form take GOLD copy. It contains the grievance procedures.

**Supervisor's response:**

**Signature:** 
**Date:**

White: *Administration*    Yellow: *Response to Inmate*    Pink: *Staff*    Gold: *To Inmate*

Revised 6/15/17

# GRIEVANCE PROCEDURE

Any inmate of the San Mateo County Jail system may grieve any condition of confinement over which the San Mateo County Sheriff's Office has control. A grievance should be resolved at the lowest possible level. This means the inmate should first direct the grievance to line staff. This may be done informally by talking to the line staff at your housing location if applicable.

1) If the grievance is not resolved, you may then complete an Inmate Grievance Form (keep gold copy) and forward it to line staff for a supervisor's response.

2) If you desire, you may appeal the Supervisor's response/decision. <u>You should direct your appeal in the form of a letter to the On-duty Watch Commander (Lieutenant) within 10 business days of the supervisor's response date above.</u> Your appeal letter must be written on blank or lined paper and must be limited to the original grievance issue. Appeal letters shall not be written on a grievance form.

3) The Watch Commander will review your original grievance and the Supervisor's response. The Watch Commander will provide a response to you within approximately two weeks, which will include the reason(s) for the denial if your appeal is denied.

Tijue McGhee #11S6331
M.C.F. S-West-02
300 Bradford Street
Redwood City, CA. 94063

SAN FRANCISCO CA 940
31 MAR 2023 PM 2 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

**CLERK US DISTRICT COURT**
**1301 CLAY ST STE 400S**
**OAKLAND CA 94612-9771**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

LEGAL MAIL

3/30/2023

(1988)
HOUSTON V. LACK

LEGAL MAIL

RECEIVED
APR 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE