1 | Your name: Tijue Adolphus McGhee
2 | Address: Maguire Correctional Facility/5-W-02
3 | 300 Bradford Street, Redwood City, CA. 94063
4 | Phone Number: _____
5 | E-mail Address: _____
6 | Pro se Plaintiff

**FILED**

AUG 18 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

Tijue Adolphus McGhee
           Plaintiff,
vs.
County of San Mateo and
Christina Corpus, in her official
Capacity As Sheriff Of San Mateo County
           Defendant.

Case Number: 23-01521 HSG (PR)

**NOTICE OF VOLUNTARY DISMISSAL OF**
[check one]
☑ THIS ENTIRE CASE
☐ ONLY DEFENDANT [name] _____

Hon. Haywood S. Gilliam, Jr.

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 8-14-2023   Sign Name: _____
                  Print Name: Tijue Adolphus McGhee

NOTICE OF VOLUNTARY DISMISSAL
Case No. 23-01521 HSG (PR)                                    [JDC TEMPLATE]



Tijue McGhee #MF1331
Maguire Correctional Facility / S-West-02
300 Bradford Street
Redwood City, CA. 94063

"LEGAL MAIL"

U.S. District Court
For The Northern District
OF California
1301 CLAY STREET,
400 S. TOWER
OAKLAND, CA. 94612-5212
Attn: Mr. Busby Clerk of The Court

LEGAL MAIL

8/14/2023

HOUSTON V. LACK (1988)

"CONFIDENTIAL CORRESPONDENCE"